Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Amy St. Eve | Sitting Judge if Other than Assigned Judge | Edward A. Bobrick |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4801 | **DATE** | 1/16/2004 |
| **CASE TITLE** | Interlease Aviation, et al vs. Vanguard AL Inc., et al | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due _____. Reply to answer brief due _____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Order regarding Plaintiffs' Motion to Compel filed December 31, 2003. All matters relating to the referral of this action being resolved, the case is returned to the assigned judge.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JAN 2 2 2004 | |
| | Notified counsel by telephone. | | date docketed | 109 |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| ✓ | Copy to judge/magistrate judge. | | 1/16/2004 date mailed notice | |
| SRB | courtroom deputy's initials | Date/time received in central Clerk's Office | SB mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| INTERLEASE AVIATION INVESTORS (ALOHA) L.L.C., an Illinois Limited Liability Company, INTERLEASE AVIATION INVESTORS (TACA) L.L.C., an Iowa Limited Liability Company, and MIMI LEASING CORP., an Iowa Limited Liability Company, | ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | No. 02 C 4801 Judge Amy St. Eves |
| VANGUARD AIRLINES, INC., a Delaware Corporation; PEGASUS AVIATION, INC., a Foreign Corporation; VANGUARD ACQUISITION COMPANY; AIRLINE INVESTMENTS, INC.; SEABURY GROUP, LLC, a New York Limited Liability Company; and RICHARD S. WILEY, | ) ) ) ) ) ) ) ) ) ) | Edward A. Bobrick, Magistrate Judge |
| Defendants. | ) ) | |

## MEMORANDUM ORDER

This matter came before the court on Plaintiffs' Motion to Compel filed December 31, 2003, the court orders as follows:

Plaintiffs' Motion to Compel (Plaintiffs' Motion) is granted in part and denied in part as stated below:

1. Plaintiffs' Motion is granted in part and denied in part with respect to Request Nos. 1 and 2 of Plaintiffs' Third Request for Production of Documents. Defendants will only be required to produce documents reflecting the sale or purchase of a Boeing 737 aircraft by defendant Pegasus Aviation, Inc. that occurred between January of 2001 and December of 2002. Such documents will be produced with an "Attorneys' Eyes Only" designation under the Protective Order entered on January 23, 2003.

Notwithstanding that designation, plaintiff's counsel will not reveal these documents to Monica Carroll without providing prior written notice to defendants' counsel. Such notice shall be provided to defendants' counsel at least seven business days before any such disclosure.

Should plaintiffs' expert or experts utilize the information contained in these documents, they will do so without revealing the source of the information. Any reference to the information in papers filed by plaintiffs or plaintiffs' experts will be accompanied by a footnote stating that the parties stipulate to the authenticity of the information. The defendants' motion is denied in all other respects.

2. Plaintiffs' Motion is denied with respect to compelling defendants to produce a 30(b)(6) witness pursuant to plaintiffs' December 3, 2003 Notice of Deposition. Defendants will, by January 23, 2004, produce printouts of the directory structures of Vanguard related documents downloaded from their document file servers.

3. Plaintiffs' Motion is denied with respect to Request Nos. 20, 34, 38, and 40 of Plaintiffs' Second Request for Production of Documents the parties agreeing that the issues are moot.

ENTERED: *Edward A. Bobrick*
EDWARD A. BOBRICK
U.S. MAGISTRATE JUDGE

DATE: January 16, 2003